JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY BUDDE,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TERMINIX INTERNATIONAL, INC. d/b/a TERMINIX; FOCUS RECEIVABLES MANAGEMENT, LLC.**<br><br>Defendants. | **Case No.:** 16-CV-01674-PA-KK<br><br>**ORDER DISMISSING ENTIRE CASE** |

# ORDER

Having considered the Parties' Motion for Dismissal and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above captioned action is dismissed in its entirety with prejudice with the parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: November 14, 2016

_____
Hon. Judge Percy Anderson